IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GREGORY KELLY and ANNETTE B. KELLY, ) ) ) Plaintiffs, ) ) v. ) ) ALABAMA STATE PERSONNEL ) DEPARTMENT (ASPD), an ) agency of the State of ) Alabama, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:25cv1026-MHT (WO) |

DISMISSAL ORDER

This case is before the court for review of the complaint filed by pro se plaintiffs Gregory Kelly and Annette B. Kelly. Plaintiff Gregory Kelly has been declared a vexatious litigant by this court. *See Kelly v. Montgomery Water Works & Sanitary Sewer Bd.*, No. 2:24cv348-RAH, 2025 WL 1461271, at *1 (M.D. Ala. May 21, 2025). Because of Gregory Kelly's repeated filing of frivolous and shotgun complaints and Annette B. Kelly's repeated joining with him as a plaintiff on

such complaints, on December 15, 2025, the court entered the following order:

> "As a consequence of Gregory Kelly's vexatious filing of shotgun and frivolous pleadings, and now by and through his wife, Annette B. Kelly, in the event Gregory Kelly or anyone acting in concert with him, including Annette B. Kelly, files a shotgun or facially frivolous complaint in the future, after appropriate review, the Court will summarily dismiss the pleading and the action without prior notice."

*Kelly v. Alabama State Port Auth.*, No. 2:25cv825-RAH, 2025 WL 3633214, at *2 (M.D. Ala. Dec. 15, 2025).

The court has conducted an appropriate review of the complaint in this new case, which was filed on December 30, 2025, after the issuance of the above-quoted order.  The complaint is frivolous.  Therefore, the complaint and this case will be dismissed pursuant to the above order.

***

Accordingly, it is ORDERED that the complaint (Doc. 1), and this case in its entirety, are summarily dismissed without prejudice as frivolous.

2

**This case is closed.**

**The plaintiffs are advised that, by January 27, 2026, they should pick up from the clerk of court's office the service materials they provided for this case. If they do not do so, their service materials may be discarded.**

**DONE, this the 6th day of January, 2026.**

                                                        **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**